UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: 23-14053-CR-KMM

Plaintiff

vs.

Bernard Jerome Davis

### SENTENCING MINUTES

DATE: 10/7/24  Court Reporter: Diane Miller
AUSA Carmen Lineberger  Defense Counsel: Donnie Murrell
Gov. objs are denied   Deputy Clerk: Irene Ferrante
                        USPO Frances Weisberg

### JUDGMENT AND SENTENCE

Imprisonment  192  MONTHS as to COUNTS
108 - Ct 1, 3, 6, 8, 11, 12 concurrent
84 - Ct 4 consecutive

Probation ___ YEARS as to COUNTS ___

Supervised Release  3  YEARS as to Counts  1, 3, 4, 6, 8, 11 & 12  to run concurrent

✓ Association restriction  ___ Employment Requirement  ✓ Permissible Search  ___ Deportation
___ Mental Health Treatment  ✓ Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

Unpaid rest., fines + spec assessment

Assessment $700  Fine  0  Restitution: ___

___ Counts remaining dismissed on Government motion ___
✓ Defendant advised of his right to appeal.
✓ Remanded to U.S. Marshal
___ Voluntary Surrender on or before ___
Recommendation to the Bureau of Prisons ___

Time in court: :40

Witness Kerryann Simmons - victim
Gov. Ex 51 - victim impact statement
witness - Monica Campbell - victim